# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 4, 2014

Robert P. Young, Jr.,
Chief Justice

148953

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

In re L.D.H., Minor.

SC: 148953
COA: 316669
Oakland CC Family Division:
2011-788378-NA

_____/

On order of the Court, the application for leave to appeal the February 20, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 4, 2014 _____

h0401


Clerk